UNITED STATES of America, Plaintiff–Appellee,

v.

Manuel GARCIA–GAMEZ, Defendant–Appellant.

No. 02–10220.

D.C. No. CR–01–00699–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Christina M. Cabanillas, Lynnette C. Kimmins, Tucson, AZ, for Plaintiff–Appellee.

Enrique R. Gonzales, Nogales, AZ, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM **

Manuel Garcia–Gamez appeals his guilty-plea conviction and 30–month sentence for unlawful reentry following deportation, in violation of 8 U.S.C. § 1326(a).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Garcia–Gamez has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Garcia–Gamez has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.